v.

**UNITED STATES**, Defendant–Appellee.

No. 2014–5144.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2014.

Evetta **STEPHENSON**, Petitioner,

v.

**DEPARTMENT OF THE ARMY**, Respondent.

No. 2015–3002.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2014.

Hassan Ali Pejouhesh, Texarkana, TX, pro se.

Evetta Stephenson, Chicago, IL, pro se.

Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Washington, DC, for Respondent.

## ORDER

The court construes Evetta Stephenson's recently-docketed petition for review as a motion for a stay of proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that all deadlines in this proceeding are extended by 90 days.